UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| National Fire Insurance Co. of Hartford, Valley Forge Insurance Company, Transcontinental Insurance Company, and Transportation Insurance Company, <br><br>Plaintiffs,<br><br>v.<br><br>A&A Window Products, Inc. and Soloco, Inc.,<br><br>Defendants. | Civil Action No.<br><br>04-12487 NG |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT
PURSUANT TO L.R. 7.3**

Plaintiffs National Fire Insurance Co. of Hartford, Valley Forge Insurance Company, Transcontinental Insurance Company, and Transportation Insurance Company hereby provide the following corporate disclosures pursuant to L.R. 7.3:

Each of the aforementioned plaintiffs, all of which are non-governmental entities, identifies the following parent corporations and publicly-held corporations that own 10% or more of their respective stock: Loew's Corporation and CNA Financial Corporation.

BOS1440131.1

Respectfully submitted,

NATIONAL FIRE INSURANCE CO. OF
HARTFORD, VALLEY FORGE INSURANCE
COMPANY, TRANSCONTINENTAL INSURANCE
COMPANY, AND TRANSPORTATION
INSURANCE COMPANY

By its attorneys,

Date: 11/24/04

*/s/ Michael L. Cornell*

Gregory P. Deschenes (BBO # 550830)
John S. Stadler (BBO # 548485)
Michael L. Cornell (BBO # 651405)
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

2