%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

National Fire Insurance Co.
of Hartford, et al.

V.

A & A Window Products, Inc.
and Soloco, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

**04-12487 NG**

TO: (Name and address of Defendant)
A & A Window Products, Inc.
c/o Lee C. Sullivan
15 Joseph Street
Malden, MA 02148

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Gregory P. Deschenes, Esq.
John S. Stadler, Esq.
Michael L. Cornell, Esq.
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  11/24/2004