◆AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Massachusetts

National Fire Insurance Co. of
Hartford, et al.

V.

A & A Window Products, Inc.
and Soloco, Inc.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

## 04 - 12487 NG

TO: (Name and address of Defendant)

> Soloco, Inc.
> c/o Nancy A. Solomon
> 275 Center Street, Unit 13
> Holbrook, MA 02343

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

> Gregory P. Deschenes, Esq.
> John S. Stadler, Esq.
> Michael L. Cornell, Esq.
> Nixon Peabody LLP
> 100 Summer Street
> Boston, MA 02110-2131
> (617) 345-1000

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.



TONY ANASTAS

11/24/2004

CLERK                                                    DATE

(By) DEPUTY CLERK