UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

CASE NO. 01-1287 NG

| | |
|---|---|
| NATIONAL FIRE INSURANCE CO. OF HARTFORD, VALLEY FORGE INSURANCE COMPANY, TRANSCONTINENTAL INSURANCE COMPANY and TRANSPORTATION INSURANCE COMPANY,<br>   Plaintiffs<br><br>v.<br><br>A&A WINDOW PRODUCTS, INC. and SOLOCO, INC.,<br>   Defendant | A&A WINDOW PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT |

Pursuant to Local Rule 7.3, A&A Window Products, Inc. (A&A) states it has no parent corporation, nor does any publicly-held company own 10% or more of A&A's stock.

EDWIN J. FREMDER
EMANUEL N. BARDANIS
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617) 742-3420
B.B.O. #179220
B.B.O. #634104

Dated: January 28, 2005

**CERTIFICATE OF SERVICE**: A copy of A&A WINDOW PRODUCTS, INC.'S CORPORATE DISCLOSURE STATEMENT was served in hand upon John S. Stadler, Esquire, Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110 on January 28, 2005.

EMANUEL N. BARDANIS