UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| BARLETTA ENGINEERING CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL FIRE INSURANCE CO. OF HARTFORD, VALLEY FORGE INSURANCE COMPANY, TRANSCONTINENTAL INSURANCE COMPANY and TRANSPORTATION INSURANCE COMPANY,<br><br>Defendants. | CIVIL ACTION NO. 2004-12487 NG |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Eric H. Loeffler on behalf of the plaintiff, Barletta Engineering Corporation ("Barletta"). Bert J. Capone and Thomas H. Hayman of Cetrulo & Capone LLP will remain as counsel for Barletta.

Respectfully submitted,

/s/ Eric H. Loeffler
Eric H. Loeffler, BBO#641289
Hinshaw & Culbertson LLP
One International Place
Boston, MA 02110
(617) 213-7010

34012563v1 NEWFILE