UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BARLETTA ENGINEERING
CORPORATION,

    Plaintiff,

v.

NATIONAL FIRE INSURANCE CO. OF
HARTFORD, VALLEY FORGE
INSURANCE COMPANY,
TRANSCONTINENTAL INSURANCE
COMPANY and TRANSPORTATION
INSURANCE COMPANY,

    Defendants.

CIVIL ACTION NO. 04-12487 NG

## NOTICE OF APPEARANCE

Please enter our appearance as counsel for the plaintiff Barletta Engineering Corporation.

Respectfully submitted,

BARLETTA ENGINEERING CORPORATION

By its attorneys,

_____ (mn)
Bert J. Capone (BBO#072880)
Thomas H. Hayman (BBO#557279)
CETRULO & CAPONE LLP
Two Seaport Lane, 10th Floor
Boston, MA 02210
Tel: (617) 217-5500
Fax: (617) 217-5200

Dated: July 22, 2005

1

01466-0010
383219v1