UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CASE NO. 04-12487 NG

| | |
|---|---|
| NATIONAL FIRE INSURANCE CO. OF HARTFORD, VALLEY FORGE INSURANCE COMPANY, TRANSCONTINENTAL INSURANCE COMPANY and TRANSPORTATION INSURANCE COMPANY<br>Plaintiffs,<br><br>v.<br><br>A&A WINDOW PRODUCTS, INC., and SOLOCO, INC.<br>Defendants. | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT A&A WINDOW PRODUCTS, INC.** |

Plaintiffs herein and defendant A&A Window Products, Inc. ("A&A") hereby stipulate

agree that all claims by Plaintiffs against A&A in this action are hereby dismissed without prejud

and without costs or attorney's fees to either Plaintiffs or A&A.

Dated:   September 22, 2005

JOHN S. STADLER
*Counsel for Plaintiffs*
Nixon Peabody LLP
100 Summer Street
Boston, MA 02110-2131
(617) 345-1000
B.B.O. #548485

EDWIN J. FREMDER
*Counsel for Defendant A&A Wind Products, Inc.*
Corwin & Corwin LLP
One Washington Mall
Boston, MA 02108
(617) 742-3420
B.B.O. #179220

A&ABAR(Lafayette).stp.wpd