## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

<u>National Fire Insurance Co., of Hartford</u>

Plaintiff

V.

<u>Soloco, Inc.,           </u>

Defendant

CIVIL ACTION

NO. <u>04-12487-NG   </u>

### SETTLEMENT ORDER OF DISMISSAL

<u>Gertner, D. J.</u>

    The Court having been advised that the parties in the above-entitled action are in settlement negotiations.

    IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within sixty (60) days if settlement is not consummated.

By the Court,

<u>   2/21/06      </u>  
Date

<u>/s/Maryellen Molloy         </u>  
Deputy Clerk

(30 DISM NATIONAL FIRE 2-06.wpd - 12/98)  
[stlmtodism.]